IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

ALLIANCE PARTY and
ROQUE De La FUENTE

     Plaintiffs

versus                          CIVIL 1:20cv774

VIRGINIA STATE BOARD OF
ELECTIONS, et al

     Defendants

## ORDER

No response having been received to the Court's Order of October 14, 2020, it is accordingly

ORDERED that this action is dismissed without prejudice pursuant to F. R. Civ. P. 4(m).

                             _____
                             Liam O'Grady
                             United States District Judge

April 20, 2021
Alexandria, Virginia